IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00870-WYD-MEH

WADE F. EXUM, M.D.,

    Plaintiff,

v.

UNITED STATES OLYMPIC COMMITTEE, a corporation,

    Defendant.

---

## UNOPPOSED MOTION TO EXTEND EXPERT DISCLOSURE DEADLINES AND TO CONTINUE THE SUBPEONA OF JOAN PRICE AND CERTIFICATION OF COMPLIANCE WITH D.C.Colo.LCivR.7.1

---

COMES NOW the Plaintiff, Dr. Wade F. Exum, M.D., through his counsel The Law Offices of John Kenneth Pineau, P.C., and The Law Offices of John W. McKendree, L.L.C., and states:

1. The deposition of Joan Price is currently set for April 25, 2006. Ms. Price has also been served with a subpoena to produce documents related to this case, in particular, the Doping Log. Defendant USOC has filed a motion for a protective order seeking, in part, to preclude Ms. Price's deposition and the production of the Doping Log. Plaintiff Exum is finalizing a response to the motion for protective order and Defendant USOC is likely to file a reply brief. The Court may hold a hearing before it rules on the issue.

2. Plaintiff's experts intend to base some of their reports on the content of the Doping Log and Ms. Price's deposition. However, Plaintiff's expert disclosures are due on April 27, 2006, and Defendant's expert disclosures are due on May 25, 2006.

3. In order to allow enough time to resolve the protective order and, depending on the outcome, disclose the information to the experts with enough time to incorporate the material into their reports, Plaintiff makes the unopposed request that the expert disclosure deadlines for both parties be continued. Plaintiff proposes that the deadline for Plaintiff to disclose his experts be on or before June 8, 2006, and that the deadline for the defendants be on or before July 6, 2006. Further, to avoid the inconvenience of re-serving Ms. Price, Plaintiff asks that her subpoena be continued until the issues regarding her deposition and production of documents are resolved by the Court.

4. Counsel for Plaintiff has conferred with William Wright, Counsel for Defendant USOC, regarding this request and has been advised that the Defedant has no objection to the motion.

WHEREFORE, Plaintiff Dr. Exum respectfully requests that this Honorable Court enter an order extending the deadline for Plaintiff to disclose his expert witnesses until June 8, 2006, and the deadline for Defendant to disclose its expert witnesses until July 6, 2006, and continue the subpeona issued to Joan Price until the issues regarding her depostion have been resolved by the Court.

Respectfully submitted this 21st day of April, 2006.

s/ John Pineau

_____
John K. Pineau
Law Offices of John Kenneth Pineau, PC
2305 Broadway
Boulder, CO 80304
Telephone: (303) 440-4444
Fax: (303) 449-2198
E-mail: johnpineau@yahoo.com


John W. McKendree
LAW OFFICES OF JOHN W. McKENDREE, LLC
1244 Grant Street
Denver CO 80203
Telephone: (303) 861-8906
Fax: (303) 861-7773
E-mail: jwm@mckendreelaw.com

*Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of April, 2006, I electronically filed the foregoing **UNOPPOSED MOTION TO EXTEND EXPERT DISCLOSURE DEADLINES AND TO CONTINUE THE SUBPEONA OF JOAN PRICE AND CERTIFICATION OF COMPLIANCE WITH D.C.Colo.LCivR. 7.1** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

William A. Wright
wwright@sah.com, mmeise@sah.com


s/ Kelsey L. Weber
_____