IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00870-WYD-MEH

WADE F. EXUM, M.D.,

Plaintiff(s),

vs.

UNITED STATES OLYMPIC COMMITTEE, a corporation,

Defendant(s).

## MINUTE ORDER FOR SETTLEMENT CONFERENCE

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 26, 2006.**

The Unopposed Motion to Extend Expert Disclosure Deadlines and to Continue the Subpeona (sic) of Joan Price [Filed April 21, 2006; Docket #20] is **granted,** in part, and **denied**, in part**.**  The subpoena served upon Ms. Joan Price shall be continued until the issues regarding her deposition and production of documents are resolved by the Court.

The motion demonstrates the cause required for an extension of the expert disclosure deadlines.  However, the motion sets forth a different expert disclosure format from that in the Scheduling Order, ¶7(d)(3)&(4).  Additionally, the extension of the expert disclosure deadlines directly impacts the general fact discovery and dispositive motion deadlines in this case, which may or may not be an issue of concern to the parties, which perhaps explains why it was not addressed by the motion.  In the interests of judicial economy, and based upon the good cause shown for extension of the expert disclosure deadline, the Court *sua sponte* determines that the general fact discovery and dispositive motion deadlines shall also be extended.  However, all extensions will be made with the scheduled pretrial conference date in mind.   Accordingly, the following case management deadlines are in keeping with the format of the Scheduling Order and shall hereafter govern this case:

> ! The parties shall designate any new experts in fields permitted by the Court, update previous expert disclosures, and provide opposing counsel with all information under Fed.R.Civ.P. 26(a)(2):  June 1, 2006
> ! The parties shall designate any new rebuttal experts in fields permitted by the Court, update previous rebuttal expert disclosures, and provide opposing counsel with all information in Fed.R.Civ.P. 26(a)(2):  June 30, 2006

| | | |
|---|---|---|
| ! | Discovery Cutoff (fact): | July 15, 2006 |
| ! | Dispositive Motion Deadline: | July 31, 2006 |

The parties are cautioned that absent truly exceptional circumstances, no further extensions of these deadlines will be granted.