**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  05-CV-00870-WYD-MEH

WADE F. EXUM, M.D.,

     Plaintiff,

v.

UNITED STATES OLYMPIC COMMITTEE, a corporation,

     Defendant.

---

**UNOPPOSED MOTION TO EXTEND EXPERT DISCLOSURE DEADLINES AND**
**CERTIFICATION OF COMPLIANCE WITH D.C.COLO.CIV.R.7.1**

---

COMES NOW the Plaintiff, Dr. Wade F. Exum, M.D., through his counsel The Law Offices of John Kenneth Pineau, P.C., and The Law Offices of John W. McKendree, L.L.C., and states:

1. Based on Plaintiff's unopposed motion asking that the expert disclosure deadline be extended so that the issue of the Doping Log could be resolved, the Court ordered expert disclosures completed on or before June 1, 2006.  At present, a ruling regarding the Doping Log is pending. As stated before, Plaintiff's experts intend to base some of their reports on the content of the Doping Log and related discovery.

2. In order to allow enough time to resolve the protective order, schedule the deposition of Joan Price and Terry Madden (another source of the Doping Log), and disclose the information and Doping Log to the experts with enough time to incorporate the material into their reports, Plaintiff makes the unopposed request that the expert disclosure deadlines for both parties be continued.  Plaintiff proposes that the deadline for the parties to disclose experts be extended to thirty days following the date the Order regarding the Doping Log is entered.

3. The Court in its prior Order extended the discovery cut-off (fact) date to July 15, 2006, and the Dispositive Motions date to July 30, 2006. At present, Plaintiff does not move to extend these dates, but is not adverse to the Court extending the schedule to preserve judicial economy.

4. Counsel for Plaintiff has conferred with William Wright, Counsel for Defendant USOC, regarding this request and has been advised that the Defendant has no objection to the motion.

     WHEREFORE, Plaintiff Dr. Exum respectfully requests that this Honorable Court enter an order extending the deadline for the parties to disclose experts to thirty days following the date the Order regarding the Doping Log is entered.

Respectfully submitted this 31st day of May, 2006.

s/ John Pineau

_____

John K. Pineau
Law Offices of John Kenneth Pineau, PC
2305 Broadway
Boulder, CO 80304
Telephone: (303) 440-4444
Fax: (303) 449-2198
E-mail:  johnpineau@yahoo.com


John W. McKendree
LAW OFFICES OF JOHN W. McKENDREE, LLC
1244 Grant Street
Denver CO 80203
Telephone:  (303) 861-8906
Fax: (303) 861-7773
E-mail:  jwm@mckendreelaw.com

*Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of May, 2006, I electronically filed the foregoing **UNOPPOSED MOTION TO EXTEND EXPERT DISCLOSURE DEADLINES AND CERTIFICATION OF COMPLIANCE WITH D.C.Colo.LCivR. 7.1** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:


William A. Wright
wwright@sah.com, mmeise@sah.com


s/ Kelsey L. Weber_____

2