IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00870-WYD-MEH

WADE F. EXUM, M.D.,

Plaintiff(s),

vs.

UNITED STATES OLYMPIC COMMITTEE, a corporation,

Defendant(s).

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 12, 2006.**

For good cause shown, the Parties' Stipulated Motion for Stay of Proceedings Pending Resolution of the Case [Filed September 8, 2006; Docket #34] is **granted.** Any and all proceedings in this matter are hereby **stayed**. Accordingly, the Final Pretrial Conference scheduled in this matter for September 26, 2006, at 9:45 a.m., has been **vacated**.

The motion further indicates that this case has been resolved, and the parties need only sufficient time to finalize minor details and paperwork. Accordingly, settlement/dismissal documents **shall be** submitted to the Court on or before September 25, 2006.