**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  05-cv-00870-WYD-MEH

WADE F. EXUM, M.D.,

    Plaintiff,

v.

UNITED STATES OLYMPIC COMMITTEE, a corporation,

    Defendant.

_____

**ORDER  TO DISMISS WITH PREJUDICE ON OCTOBER 20, 2006**
_____

THIS MATTER, having come before the court on a Stipulated Motion to Dismiss with Prejudice on October 20, 2006, and being fully advised on the premises, hereby orders:

The motion is GRANTED. The case and all the claims and counterclaims contained therein are dismissed, with prejudice, each party to bear his or its own costs.

Dated:  October 19, 2006

                                                 BY THE COURT:

                                               s/ Wiley Y. Daniel
                                               Wiley Y. Daniel
                                               U. S. District Judge